**James PRYOR v. STATE.**
7 Div. 115.

Court of Appeals of Alabama.
June 4, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

**John ROBINSON v. STATE.**
7 Div. 81.

Court of Appeals of Alabama.
June 4, 1935.

RICE, Judge.
Appeal dismissed.

**Irvin SASSER v. STATE.**
8 Div. 141.

Court of Appeals of Alabama.
May 21, 1935.

BRICKEN, Presiding Judge.
Affirmed.

**Frank SIMMONS v. STATE.**
8 Div. 154.

Court of Appeals of Alabama.
May 21, 1935.

RICE, Judge.
Appeal dismissed.

**Duncan STEWART v. STATE.**
8 Div. 150.

Court of Appeals of Alabama.
May 21, 1935.

See, also, 153 So. 296.

RICE, Judge.
Appeal dismissed.